UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Paul Wiggins,

                              Plaintiff,        **Civil Action No.** 08 CIV 3624

- against -

DaimlerChrysler Financial Services
Americas LLC and TransUnion, LLC,

                              Defendants.

---

### DEFENDANT, DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC'S DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Plaintiff, DaimlerChrysler Financial Services Americas LLC, hereby makes the following disclosure:

The parent corporation of Plaintiff is Chrysler LLC. No publicly-held corporation owns ten percent (10%) or more of Plaintiff's stock.

Dated: April 14, 2008

                                                      _/s/ Jonathan D. Deily_
                                                      Jonathan D. Deily (Bar No. 101475)
                                                      DEILY, MOONEY & GLASTETTER, LLP
                                                      Attorneys for Plaintiff, DaimlerChrysler
                                                      Financial Services Americas LLC
                                                      8 Thurlow Terrace
                                                      Albany, NY 12203
                                                      Phone (518) 436-0344
                                                      Fax   (518) 436-8273
                                                      E-mail: jdeily@deilylawfirm.com