UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Paul Wiggins<br><br>-v-<br><br>DaimlerChrysler Financial Services Americas LLC and TransUnion, LLC,<br><br>Plaintiff,<br><br>Defendant. | Case No. 08-CV-3624<br><br>**Rule 7.1 Statement** |

  Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for DaimlerChrysler Financial Services Americas LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: _April 14, 2008_

_____
Signature of Attorney

Attorney Bar Code: _JD 3579_

Form Rule7_1.pdf  SDNY Web 10/2007