UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

Paul Wiggins,

                            Plaintiff,        **Civil Action No. 08 CIV 3624**

  - against -

DaimlerChrysler Financial Services
Americas LLC and TransUnion, LLC,

                          Defendants.
_____

## DEFENDANT, DAIMLERCHRYSLER FINANCIAL SERVICES AMERICAS LLC'S AMENDED DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), Defendant, DaimlerChrysler Financial Services Americas LLC, hereby makes the following disclosure:

DaimlerChrysler Financial Services Americas LLC is a wholly-owned subsidiary of FinCo Intermediate HoldCo, LLC, which is a wholly-owned subsidiary of Chrysler Holding, LLC. Daimler AG (formerly Daimler Chrysler AG), NYSE Symbol DAI, owns (through intermediaries) more than 10% of Chrysler Holding, LLC.

Dated: April 21, 2008

                                              */s/ Jonathan D. Deily*
                                              Jonathan D. Deily (Bar No. JD3579)
                                              DEILY, MOONEY & GLASTETTER, LLP
                                              Attorneys for Defendant, DaimlerChrysler
                                              Financial Services Americas LLC
                                              8 Thurlow Terrace
                                              Albany, New York 12203
                                              Phone (518) 436-0344
                                              Fax   (518) 436-8273
                                              E-mail:  jdeily@deilylawfirm.com

## OWNERSHIP STRUCTURE DCFSA (PUBLIC)



Except as indicated, all subsidiaries are wholly-owned. The above chart shows how DaimlerChrysler Financial Services Americas LLC is related to (i) CG Investment Group, LLC and (ii) DaimlerChrysler AG, a publicly-held corporation. All other affiliates have been omitted.

{00025940.DOC}

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL WIGGINS,

                      Plaintiff,

- against -

DAIMLERCHRYSLER FINANCIAL SERVICES
AMERICAS LLC AND TRANSUNION, LLC,

                      Defendants.

Civil Action No. 08-CV-3624

## CERTIFICATE OF SERVICE

    I, Susan G. Frasier, certify that I am not less than eighteen (18) years of age; that I electronically filed with the Clerk of the United States District Court Defendant, DaimlerChrysler Financial Services Americas LLC's Amended Disclosure Statement on April 21, 2008.

**Mail Service:** Regular, first-class United States mail, postage full pre-paid, addressed to:

| | |
|---|---|
| Jay S. Fleischman, Esq. (via Certified Mail RRR) | Timothy Paul Creech, Esq. (via US Mail) |
| Fleischman Consumer Law Center | Kogan, Trichon & Wertheimer, P.C. |
| 315 Flatbush Avenue #401 | 18181 Market Street, 30th Fl. |
| Brooklyn, New York  11217 | Philadelphia, Pennsylvania  19103-3638 |

                                /s/ Susan G. Frasier
                                Susan G. Frasier

L-MBDCFS.08.01499