# DEILY, MOONEY & GLASTETTER, LLP
### Attorneys at Law

* Jonathan D. Deily
* Martin A. Mooney
*† Mark D. Glastetter
* John Monterisi, Jr.
·° F. Matthew Jackson
◊ Joann Sternheimer

~ Not admitted in New York
* Admitted in Massachusetts
† Admitted in Kentucky
· Admitted in Washington D.C.
° Admitted in Pennsylvania
◊ Admitted in New Jersey
# Admitted in Rhode Island

8 Thurlow Terrace
Albany, New York 12203
Telephone (518) 436-0344
Facsimile (518) 436-8273
lawyers@deilylawfirm.com
http://www.deilylawfirm.com

Massachusetts/New Jersey Offices:
258 Harvard Street #331, Brookline, Massachusetts  02446
Tel: (617) 739-4224; Fax: (617) 232-2302
One Greentree Centre, 10000 Lincoln Drive East - Suite 201, Marlton, NJ 08053
Tel: (856) 988-5555; Fax: (856) 596-1923

°* Richard C. Maider
    Leigh A. Hoffman
°◊~ Linda S. Fossi
*   Bonnie S. Baker
*#  Douglas J. Rose
°◊~ Brian E. Caine
    Scott T. Dillon

April 21, 2008

**Via Fax: (212) 805-6326**
**And ECF**
Hon. Colleen McMahon
United States District Court
U.S. Courthouse
300 Quarropas Street
White Plains, New York  10601

Re: **Paul Wiggins v. DaimlerChrysler Financial Services Americas LLC
et al.  Civil Action No. 08-CV-3624**

Dear Judge McMahon:

Defendant, DaimlerChrysler Financial Services Americas LLC ("DCFSA"), respectfully submits a thirty (30) day extension of time to answer, plead and defend this action from today April 21, 2007 until May 21, 2007.  At this time, Plaintiff, by and through its attorney of record, has failed to provide our office with a copy of the Affidavit of Service despite having filed the same in the state court action.[1]  Upon information and belief, DCFSA has not been properly served. DCFSA has not received process and cannot calculate the answer date pursuant to the relevant Fed.R.Civ.P.  Additionally, DCFSA made numerous calls to the City Civil Court of New York, Bronx County and confirmed, today April 21, 2008, that two Affidavits of Service have been filed dated March 26, 2008 and April 11, 2008, but it is not certain which one was allegedly served on DCFSA.  In order to allow DCFSA sufficient time to determine when it was served or if proper service was affected, we request this extension of time.

Defendant, DCFSA, has not made any previous request for extension in the above-captioned matter.


Respectfully,

*Jonathan D. Deily*

Jonathan D. Deily
Deily, Mooney and Glastetter, LLP
*Attorneys for Defendant DaimlerChrysler*
*Financial Services Americas LLC*


cc:

Jay S. Fleischman, Esq.
Fleischman Consumer Law Center
315 Flatbush Ave. #401
Brooklyn, NY 11217
*Attorney for Plaintiff*

Timothy P. Creech, Esq.    Kogan,Trichon & Wertheimer, P.C.
1818 Market Street30th Floor
Philadelphia, PA 19103
*Attorney for Defendant TransUnion,*
*LLC*

---

[1] The action was timely removed to this Court by Defendant, DaimlerChrysler Financial Services Americas LLC "DCFSA" (with Trans Union's written consent) on April 15, 2008. Docket #1.