# KOGAN, TRICHON & WERTHEIMER, P.C.
### ATTORNEYS AT LAW

**MEMO ENDORSED**

1818 MARKET STREET
30TH FLOOR
PHILADELPHIA, PA 19103-3699

(215) 575-7600

TIMOTHY P. CREECH
Direct Dial:    (215) 575-7618
Facsimile:    (215) 575-7688
e-mail: tcreech@mstkw.com

April 21, 2008

Via Fax: (212) 805-6326
And ECF

Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

[Handwritten endorsement: 4/22/08 — B/c defendants' time to answer until May 21. The case will be conferenced on 6/13/08 @ 10:45 am]

RE: Wiggins v. DaimlerChrysler & Trans Union
S.D. NY No: 1:08-cv-03624-CM

Dear Judge McMahon:

Trans Union respectfully requests a 30 day extension of time until May 21, 2008 to answer, plead or otherwise defend in the above matter. Pursuant to Fed.R.Civ.P. 81(c), Trans Union's Answer, pleading or other defense is due tomorrow, April 22, 2008.[1] Trans Union has not made any previous request for an extension of time.

I have conferred with counsel for Plaintiff, and Plaintiff consents to this request.

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/22/08]

Respectfully,

KOGAN, TRICHON & WERTHEIMER, P.C.

/s/ Timothy P. Creech
TIMOTHY P. CREECH

Cc: Jonathan D. Deily, Esq. (via ECF Notification)
Jay S. Fleischman, Esq. (via email and U.S. Mail)

---

[1] Trans Union was served with this complaint originally in the Bronx County Civil Court on March 27, 2008. The action was removed to this Court by DaimlerChrysler (with Trans Union's written consent) on April 15, 2008. Docket #1.