# DEILY, MOONEY & GLASTETTER, LLP
### Attorneys at Law

* Jonathan D. Deily
* Martin A. Mooney
† Mark D. Glastetter
* John Monterisi, Jr.
·* F. Matthew Jackson
◊ Jason Stemheimer

— Not admitted in New York
* Admitted in Massachusetts
† Admitted in Kentucky
· Admitted in Washington D.C.
* Admitted in Pennsylvania
◊ Admitted in New Jersey
# Admitted in Rhode Island

8 Thurlow Terrace
Albany, New York 12203
Telephone (518) 436-0344
Facsimile (518) 436-8273
lawyers@deilylawfirm.com
http://www.deilylawfirm.com

Massachusetts/New Jersey Offices
258 Harvard Street #331, Brookline, Massachusetts 02146
Tel: (617) 739-4724; Fax: (617) 232-2303
One Greentree Centre, 10000 Lincoln Drive East - Suite 201, Marlton, NJ 08053
Tel: (856) 988-5553; Fax: (856) 596-1923

** Richard C. Mailer
· Leigh A. Hoffman
*◊– Linda S. Fossi
· Bonnie S. Baker
·# Douglas J. Rose
*◊·· Brian E. Caine
    Scott T. Dillon

**MEMO ENDORSED**

May 20, 2008

Via Fax: (212) 805-6326
And ECF
Hon. Colleen McMahon
United States District Court
U.S. Courthouse
300 Quarropas Street
White Plains, New York 10601

[signature: Colleen McMahon 5/27/08]

    Re: **Paul Wiggins v. DaimlerChrysler Financial Services Americas LLC et al.**
        **Civil Action No. 08-CV-3624**

Dear Judge McMahon:

    Defendants, DaimlerChrysler Financial Services Americas LLC ("DCFSA") and TransUnion, LLC respectfully request a thirty (30) day extension of time to answer, plead and defend this action from today May 20, 2008 until June 20, 2008. Defendants and Plaintiff have been engaged in settlement negotiations and in order to provide sufficient to time Plaintiff to review, sign and return the settlement documents to Defendants, we request this extension of time to answer. I have conferred with Plaintiff and Plaintiff consents to this extension of time.

    Defendants, made one previous request for extension in the above-captioned matter which this Court granted on April 22, 2008.

                                             Respectfully,

                                             [signature: Matthew Jackson for—]
                                           Jonathan D. Deily
                                           Deily, Mooney and Glastetter, LLP
                                           *Attorneys for Defendant DaimlerChrysler*
                                           *Financial Services Americas LLC*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08
```

cc:
    Jay S. Fleischman, Esq.
    Fleischman Consumer Law Center
    315 Flatbush Ave. #401
    Brooklyn, NY 11217
    *Attorney for Plaintiff*

    Timothy P. Creech, Esq.   Kogan, Trichon & Wertheimer, P.C.
    1818 Market Street 30th Floor
    Philadelphia, PA 19103
    *Attorney for Defendant TransUnion,*
    *LLC*

970471

2