UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PAUL WIGGINS,

                              Plaintiff,        C.A. No: 1:08-cv-3624

   v.

DAIMLERCHRYSLER FINANCIAL SERVICES      **RULE 41 STIPULATION OF**
AMERICAS LLC AND TRANS UNION LLC,        <u>**DISMISSAL WITH PREJUDICE**</u>

                           Defendants.
-------------------------------------------------------------x

     IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, Paul Wiggins, and Defendants, DaimlerChrysler Financial Services and Trans Union LLC, through counsel, that, in accordance with Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action is dismissed with prejudice. Each party hereto to bear its own costs and attorney's fees.

     Respectfully submitted this _28_ Day of _June_, 2008,

_____        _____
Jay S. Fleischman,                                     Jonathan D. Deily,
Fleischman Consumer Law Center             Deily, Mooney and Glastetter, LLP
315 Flatbush Ave. #401                            8 Thurlow Terrace
Brooklyn, NY 11217                                Albany, New York 12203
(646) 722-8649                                        (518) 436-0344
*Attorney for Plaintiff, Paul Wiggins*              *Attorneys for Defendant DaimlerChrysler*
                                                            *Financial Americas, LLC*

_____
Timothy P. Creech
Kogan, Trichon & Wertheimer, P.C.
1818 Market Street 30th Floor
Philadelphia, PA 19103
(215) 575-7618
*Attorneys for Defendant TransUnion, LLC*

                                                            **SO ORDERED:**

                                                            _____, J.

DATED: _____